# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| GU20 | E1751865 | JCGOGO | G8267 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged □ CFR □ USC ☒ State Code |
|---|---|
| 0700 1/11/24 | T9 GCA §51205 |

Place of Offense: Golf-1 & 5th Street

Offense Description: Factual Basis for Charge  HAZMAT □

T9 GCA §51205
Littering

### DEFENDANT INFORMATION

Last Name: Baner
First Name: Jaun

Tag No: SJ6641  State: GU  Year: 93  Maker/Model: Subaru E-CC8  Color: Silver

APPEARANCE IS REQUIRED
A □ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 200 Forfeiture Amount
+ $30 Processing Fee
$ 230 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

YOUR COURT DATE
Court Address: United States District Court, District of Guam, 520 W. Soledad 3rd Flr, Hagatna GU 96915

X Defendant Signature

Original - CVB Copy

*E1751865*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on JAN 11, 20 24 while exercising my duties as a law enforcement officer in the AAFB District of GUAM

While conducting a traffic for disobey stop sign the driver threw his lit cigarette butt out of the window

The foregoing statement is based upon:
☒ my personal observation   □ my personal investigation
□ information supplied to me from my fellow officer's observation
□ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/11/2024

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident