**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

CASE NO.: PO-24-00009　　　　　　　　　　　　DATE: May 21, 2024

HON. MICHAEL J. BORDALLO, Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　　Court Recorder: Francine A. Diaz
Courtroom Deputy: Francine A. Diaz　　　　Hearing Times: 9:06-9:11

**APPEARANCES:**
Defendant: Jhon Banez　　　　　　　　　　　Attorney: Briana Kottke
☑ Present ☐ Custody ☐ Bond ☑ P.R.　　　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Benjamin Petersburg　　　　　U.S. Agent:
U.S. Probation: None Present
Interpreter:　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance on Citation No. E1751864 and E1751865**
- Financial Affidavit reviewed and accepted: <u>Federal Public Defender</u> appointed to represent the defendant.
- Defense counsel's motion to dismiss the citations - taken under advisement.
- Status Hearing continued to: <u>June 18, 2024 at 9:30 a.m.</u>
- I, Francine A. Diaz, certify that I am a duly appointed Deputy Clerk of the District Court of Guam, and that I was present in the courtroom of this court on date specified above, and during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the case specified above. I have played back the recording and certify that it is a true and correct record of the proceedings, that it is sufficiently intelligible when played on a personal computer using For The Record The Record Player™ or equivalent software, that it can be transcribed without undue difficulty, and that I have filed the digital recording with the Clerk of Court.

NOTES: