SHAWN N. ANDERSON
United States Attorney
BENJAMIN K. PETERSBURG
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215
Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | PETTY OFFENSE CASE NO. 24-00009 |
|---|---|
| Plaintiff, | |
| vs. | **MOTION TO DISMISS CVB CITATION NOS. E1751864 AND E1751865** |
| JHON BANEZ, | |
| Defendant. | |

COMES NOW, Plaintiff United States of America, by and through its undersigned counsel, and hereby moves that CVB Citation Nos. E1751864 and E1751865 in the above case against Defendant JHON BANEZ, be dismissed without prejudice in the interest of justice.

RESPECTFULLY SUBMITTED this 17th day of June, 2024.

                                              SHAWN N. ANDERSON
                                            United States Attorney
                                            Districts of Guam and the NMI

                               By:    */s/ Benjamin K. Petersburg*
                                              BENJAMIN K. PETERSBURG
                                              Assistant U.S. Attorney